N. Stephen Vokshori, Esq. (SBN 245570)
Vokshori Law Group, APLC
1010 Wilshire Blvd., STE 1404
Los Angeles, CA 90017
Telephone (213) 986-4323
Facsimile (310) 881-6996
Email: bankruptcy@voklaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re

    Manuel Guzman Gomez,

        Debtor.

) Case No.: 2024-11035
) Chapter 13
) DC No.: NSV-1
)
) **DECLARATION OF DEBTOR**
) **MANUEL GUZMAN GOMEZ IN**
) **SUPPORT OF MOTION TO EXTEND**
) **DEADLINE TO FILE REMAINDER**
) **OF SCHEDULES, PLAN, ETC.**
)
) Judge: Rene Lastreto, II
)

I, Manuel Guzman Gomez, declare as follows:

    1.   I am the Debtor in the above-captioned chapter 13 case, and I make this declaration in support of my motion to extend time to file remainder of schedules. I have personal knowledge of the following facts which I believe to be true and accurate. If called as a witness, I could and would so testify.

    2.   I apologize to this Court for not meeting the 14-day deadline to file the remainder of schedules, plan and other

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND TIME TO FILE REMAINDER OF SCHEDULES - 1

required documents after my Wednesday, April 24, 2024 emergency bankruptcy filing.

    3.   This is my first experience in the bankruptcy system and I was not sure how the process works. I retained my bankruptcy counsel the morning of my foreclosure sale, managed to file the emergency petition with them in time and stop the foreclosure sale.

    4.   I am not able to frequently speak with my attorneys or check my e-mails, and hence was unaware of the 14-day deadline (today, May 8, 2024), until within the last few days.

    5.   I will not be able to complete the entirety of my attorneys' bankruptcy questionnaire, provide proof of income, tax returns, and my ID documents to my attorney, and have them prepare the remainder and conduct a signing meeting by end of day today.

    6.   I therefore respectfully request that I be allowed 14 more days, i.e., not later than close of business on Wednesday, May 22, 2024, to complete the remainder of schedules, plan, etc., review and sign them all, and have them filed with the Court.

    I declare that the foregoing is true and correct under penalty of perjury. Executed at __Bakersfield__, California. Dated:  May 8_, 2024

                                      **/s/ Manuel Guzman Gomez**
                                      Debtor Manuel Guzman Gomez

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND TIME TO FILE REMAINDER OF SCHEDULES - 2